**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

JAMES B. WISE,
Plaintiff,

vs. Case No.: 3:08cv142/MCR/EMT

MICHAEL J. ASTRUE,
Commissioner of Social Security,
Defendant.
___________________________________/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 4, 2009 (Doc. 27). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act (Doc. 25) is **GRANTED** as follows:

> Plaintiff is entitled to recover fees in the amount of $2,750.00, for time expended by Plaintiff's counsel in representing Plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); the amount of attorney fees and hourly rates requested under the EAJA are reasonable; and the Commissioner is directed to pay Plaintiff that amount.

**DONE AND ORDERED** this 8th day of September, 2009.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**